RECEIVED

FEB - 5 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

| | |
|---|---|
| United States of America | Criminal No. 04-60018-001 |
| versus | Judge Richard T. Haik, Sr. |
| Quincy Jones | Magistrate Judge C. Michael Hill |

**ORDER**

Before the Court are petitioner pro se, Quincy Jones's Motions: (1) To Clarify Credit For Time Serviced [Rec. Doc. 51]; (2) Seeking Clarification of Jail Credit [Rec. Doc. 60]; and, Motion To Compel Federal Bureau Of Prisons To Comply With Judgment Order [Rec. Doc. 61] in which Defendant moves the Court to clarify his sentence as to jail time served.

On February 12, 2004, Defendant was named in a Federal Indictment charging him with Possession with Intent to Distribute Cocaine Base, in violation of Title 21 United States Code, Section 841(a)(1). *R. 1, 12*. The record indicates that defendant was initially arrested and incarcerated for the offense at the St. Mary Parish Law Enforcement Center on December 31, 2013. *R. 2, 51, Exh. A*. On October 4, 2004, Defendant entered a plea of guilty to Count One of the Indictment. *R. 44*. The Minutes of Court indicate that on April 12, 2005, the Court sentenced Defendant to 136 months, and stated that he "be given credit for all time served." *R. 49, Minutes of Court*. The Court's Judgment entered on April 21, 2005, also stated that Defendant be given "[c]redit for all time served." *R. 50, Judgment*.

The responsibility to calculate a federal prisoner's period of incarceration for the sentence imposed, and to provide credit for time served, is assigned to the Attorney General, who exercises it through the United States Bureau of Prisons. 18 U.S.C. § 3585. "Title 18

U.S.C. § 3585 determines when a federal sentence of imprisonment commences and whether credit against that sentence must be granted for time spent in 'official detention' before the sentence began." *Reno v. Koray*, 515 U.S. 50, 55 (1995). Under 18 U.S.C. § 3585, a defendant convicted of a federal crime is entitled to credit for certain time spent in official detention prior to the date the sentence begins. 18 U.S.C. § 3585 provides in pertinent part:

> (b) Credit for prior custody - A defendant shall be given credit toward the service of a term of imprisonment for any time he has spent in official detention prior to the date the sentence commences -
>
>> (1) as a result of the offense for which the sentence was imposed; or
>>
>> (2) as a result of any other charge for which the defendant was arrested after the commission of the offense for which the sentence was imposed;
>
> that has not already been credited against another sentence.

Thus, the Attorney General, through the Bureau of Prisons, determines what credit should be awarded to prisoners for time spent in custody prior to the commencement of their federal sentences. *Wilson*, 503 U.S. at 333-34; *Leal v. Tombone*, 341 F.3d 427, 428 (5th Cir.2003).

Accordingly, based on Defendant's motions and the record of this proceeding, the Court respectfully requests that the United States Bureau of Prisons give the defendant credit for time served for his offense dating back to his arrest and incarceration in State Court on December 31, 2003.

Thus done and signed in Lafayette, Louisiana, this 1st day of February, 2013.

Richard T. Haik, Sr
United States District Court Judge

SENT
DATE 2-5-2013
BY CP
TO USPO \cc